## 2063 Lawrence Avenue Building Corporation, Appellant, v. Joseph L. Biedl and Julia Biedl, Appellees.

### Gen. No. 41,535.

opinion filed January 21, 1941. Robert H. Holmes, for appellant; no appearance for appellees. Opinion by PRESIDING JUSTICE FRIEND. ''Not to be published in full.''